

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00267-CV

| | | |
|---|---|---|
| Lurea Hornbuckle | § | From County Court at Law No. 3 |
| v. | § | of Tarrant County (2015-002539-3) |
| | § | June 2, 2016 |
| Frank Kent Cadillac Owner William P. Churchill President CEO | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM